UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| **SHERITA K. HICKS** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | Docket No. 1:20-cv-00022-DLB |
| | * | |
| **STATE OF MARYLAND** et al. | * | |
| | * | |
| **Defendants** | * | |

_____

# VERDICT FORM

1. Liability - False Arrest

Do you find by a preponderance of the evidence that Cpl. Gregory Pamer falsely arrested Sherita Hicks?

Yes_____    No_____

2. Liability - False Imprisonment

Do you find by a preponderance of the evidence that Cpl. Gregory Pamer falsely imprisoned Sherita Hicks?

Yes_____    No_____

3. Liability – Malicious Prosecution

Do you find by a preponderance of the evidence that Cpl. Gregory Pamer maliciously prosecuted Sherita Hicks?

Yes_____    No_____

4. Liability – Federal and State Constitutional Claims

Do you find by a preponderance of the evidence that Cpl. Gregory Pamer violated Sherita Hicks' Federal and State Constitutional rights by including a false statement knowingly and intentionally, or with reckless disregard for the truth, in his sworn statements for her arrest warrant and search warrant?

1

Yes_____   No_____

    5. Liability – Gross Negligence

Do you find by a preponderance of the evidence that Cpl. Gregory Pamer acted with a reckless or thoughtless disregard of the consequences as affecting life or property of Sherita Hicks without the exertion of any effort to avoid the consequences in bringing this prosecution against Sherita Hicks?

Yes_____   No_____

## Damages Instructions

    6. If you found that Gregory Pamer is liable for any of the claims above, in what amount do you assess for the following:

    A. Pain and Suffering by Sherita Hicks

_____

    B. Expenses incurred as a result of the incident

_____

    C. Do you find that punitive damages should be award against Officer Pamer? If so, in what amount?

_____