IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SHERITA K. HICKS,           *

    Plaintiff,           *

v.                          *

                                  CIVIL NO. DLB-20-0022

ANNE ARUNDEL COUNTY, et al.,   *

    Defendants.          *

   *   *   *   *   *   *   *   *   *   *   *   *

## SPECIAL VERDICT SHEET

**I.**    **Liability – Federal (Section 1983) and State Constitutional Claims**

Do you find by a preponderance of the evidence that Cpl. Gregory Pamer violated Sherita Hicks' federal and state constitutional rights by intentionally or recklessly making a false statement in the application for statement of charges?

Yes _____   No ✓_____

**II.**    **Liability – Maryland Malicious Prosecution**

Do you find by a preponderance of the evidence that Cpl. Pamer maliciously prosecuted Ms. Hicks?

Yes _____   No ✓_____

**III.**    **Liability – Maryland Gross Negligence**

Do you find by a preponderance of the evidence that Cpl. Pamer was grossly negligent?

Yes _____   No ✓_____



IV. **Damages**

   A. **Compensatory damages**

   If you answered yes to any of the three above questions, in what amount do you award damages to Ms. Hicks?

   a. Economic damages (expenses incurred due to the incident):

   _____

   b. Noneconomic damages (pain and suffering):

   _____

   c. Nominal damages:

   _____

   B. **Punitive damages**

   If you answered yes to question I, do you award punitive damages?

   Yes _____ No _____

   If you answered yes to question II, do you award punitive damages?

   Yes _____ No _____

   If you answered yes to either of the preceding questions, how much in punitive damages, if any, do you award?

   _____

SIGNATURE REDACTED
2022-06-24