UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| **SHERITA K. HICKS** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| vs. | * | Docket No.  1:20-cv-00022-DLB |
| | * | |
| **STATE OF MARYLAND   et al.** | * | |
| | * | |
| **Defendants** | * | |

NOTICE OF APPEAL

Notice is hereby given that Sherita Hicks, Plaintiff in the above-captioned case, hereby appeals to the United States Court of Appeals for the Fourth Circuit, the final judgment entered in this case on June 27, 2022 and/or the order denying the motion for a new trial entered in this case on October 28, 2022.

Respectfully Submitted,
__/s/_____
Wanda J. Dixon, Esq.
THE DIXON LAW FIRM, LLC
1401 Mercantile Lane, Suite 381
Largo, MD 20774
Ph   (301) 456-5156
wdixon@thedixonlawfirm.law
Bar number 18386
Attorney for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that a copy of this Notice of Appeal has been served on defense counsel in this case by electronic transmission, on this 28th day of November, 2022.

__/s/_____
Wanda J. Dixon